Opinion issued November 5, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00549-CV

____________


JOSE ANGEL GONZALES, Appellant


V.


DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee






On Appeal from the 313th District Court

Harris County, Texas

Trial Court Cause No. 2006-08844J






MEMORANDUM OPINION

 The parties have filed with this Court an agreement settling their dispute on
appeal. See Tex. R. App. P. 42.1(a)(2). Pursuant to their agreement and Texas Rule
of Appellate Procedure 42.1(a)(2)(B), without regard to the merits, we set aside
paragraphs 9 ("Termination of Respondent Father, JOSE ANGEL GONZALES'
Parental Rights), 10 ("Conservatorship of the Child"), and 11 ("Rights and Duties of
the Non-Parent Sole Managing Conservator") of the trial court's June 6, 2007
"Decree of Termination." We remand the case to the trial court for a new trial on the
Department of Family and Protective Services' claims for parental termination and
sole managing conservatorship against Jose Angel Gonzales. 

 We order this Court's mandate to issue immediately.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland.